```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
    UNITED STATES OF AMERICA     :
                                 :
            - v. -               :    SUPERSEEDING
                                 :    INDICTMENT
    PHILLIP HESTER,              :
                                 :    S1 19 Cr. 324 (NSR)
                     Defendant.  :
                                 :
                                 :
- - - - - - - - - - - - - - - - x
```

## COUNT ONE

The Grand Jury charges:

1. On or about April 2, 2019, in the Southern District of New York, PHILLIP HESTER, the defendant, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Taurus Model 709 slim pistol, 9mm caliber, serial number TK055361, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

## COUNT TWO

The Grand Jury further charges:

2. On or about April 4 2019, in the Southern District of New York, PHILLIP HESTER, the defendant, knowingly and corruptly altered, destroyed, mutilated, and concealed records, documents and other objects, with the intent to impair the objects'

integrity and availability for use in an official proceeding, and otherwise obstructed, influenced, and impeded an official proceeding, in violation of Title 18, United States Code, Section 1512(c), to wit, after his arrest on a federal criminal charge, HESTER provided the password associated with his white Apple iPhone 6 to another individual and asked that individual to destroy and conceal data on the phone, knowing that the data was relevant to a federal criminal proceeding pending in the Southern District of New York.

(Title 18, United States Code, Section 1512(c).)

_____  
FOREPERSON

_____  
GEOFFREY S. BERMAN  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

PHILLIP HESTER

Defendant.

SUPERSEEDING INDICTMENT

19 Cr. 324

(18 U.S.C. § 922(g)(1)
18 U.S.C. § 1512(c), (k).)

GEOFFREY S. BERMAN
United States Attorney.

**A TRUE BILL**

_____ Foreperson.