UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

USA,

        - against -

PHILLIP HESTER,

                       Defendant(s).
-------------------------------------------------------x

**RESCHEDULING
ORDER**

19 CR. 324 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

    Due to the pending suppression motions, the above case previously scheduled for Status Conference on June 25, 2020, **is hereby rescheduled until August 6, 2020 at 11:30 am** in Courtroom 218, unless otherwise directed, before the Hon. Nelson S. Román, at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.

Dated:    White Plains, NY
             June 23, 2020

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2020