UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

-V-

**PHILLIP HESTER,**

Defendant.
-------------------------------------------------------X

ORDER

19 CR. 324 (NSR)

The court finds that to prevent serious harm to the interest of justice that the plea of the Defendant Phillip Hester can be conducted by video teleconference or by telephone conference pursuant to the CARES Act § 15002(b)(2)(A), because at the time of sentencing defense will be requesting a sentence close to that of time served and defendant remains in custody.

Accordingly, it is further ORDERED that the change of plea hearing for the Defendant Phillip Hester be conducted either by video teleconference or by telephone conference if video teleconferencing is not available.

Dated:   White Plains, New York
         July 24, 2020

SO ORDERED.

_____
The Honorable Nelson S. Roman
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2020