# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc #  _____
Date Filed: 7/27/20
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

        Plaintiff                         **SCHEDULING ORDER**

      -against-

Philip Hester                                         7:19-CR-324 (NSR)
               Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Plea Hearing for August 11 , 2020 at 1:00 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: July 27, 2020
       White Plains, New York

                                              SO ORDERED:

                                              s/      PED
                                              _____

                                              PAUL E. DAVISON
                                              United States Magistrate Judge