# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc #
Date Filed: 7/27/20
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

               Plaintiff                       **SCHEDULING ORDER**
   -against-

Bornwakim Pilgrim,                             7:20-MJ-7643 UA

              Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Bail Hearing for August 10, 2020 at 1:00 p.m. before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number but will not be permitted to speak during the conference.

Dated:  July 27,2020
        White Plains, New York

                                                    SO ORDERED:

                                                    s/       PED

                                                    PAUL E. DAVISON
                                                    United States Magistrate Judge