UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

               -against-

Phillip Hester

               Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

**7:19-CR -324-NSR**

Defendant Phillip Hester hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐    Initial Appearance Before a Judicial Officer

☐    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel

/s/ Phillip Hester (by permission)
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Phillip Hester
Print Defendant's Name

Defendant's Counsel's Signature

Jesse Hoberman-Kelly
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

8/11/20
Date

U.S. District Judge/U.S. Magistrate Judge