UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

         USA,

         - against -

PHILLIP HESTER,

                    Defendant(s).

-------------------------------------------------------x

**RESCHEDULING ORDER**

19 CR 324-01 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

    In light of the Court's scheduling conflict, the in-person Violation of Supervised Release Conference scheduled for May 30, 2024, it is hereby

    **ORDERED rescheduled, without objection by the parties, to June 5, 2024 at 3:00 pm.**

Dated:    White Plains, New York
             May 21, 2024

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/21/2024