# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

Via E-mail and ECF

June 24, 2024

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    United States v. Phillip Hester
                19 CR 324 (NSR)

Dear Honorable Román:

I am writing to respectfully ask that Your Honor retrospectively adjourn Mr. Hester's conference that was scheduled for June 5, 2024 to September 17, 2024 at noon. As background, the parties agree that this conference should be adjourned because Mr. Hester's state matters, which form the basis of this VOSR, are still pending.

Thank you for your consideration.

Respectfully,

//s

Benjamin Gold
Assistant Federal Defender

cc:    AUSA Courtney Heavey
       Probation Officer Asia Williams

---

**Deft's request to adjourn the in-person VOSR Conf. from June 5, 2024 until Sept. 17, 2024 at 12:00 noon is GRANTED without objection by the Gov't and Probation Officer. Clerk of Court is requested to terminate the motion at ECF No. 64.**
**Dated: White Plains, NY**
       **June 25, 2024**

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2024