

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

January 29, 2025

**In light of the ongoing underlying state case, the parties' request to adjourn the VOSR Conf. from Jan. 31, 2025 until April 30, 2025 at 10:00 am is GRANTED. Clerk of Court is requested to terminate the motion at ECF No. 73.**
**Dated: White Plains, NY**
**January 29, 2025**

**BY ECF AND EMAIL**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

    Re:   *United States v. Phillip Hester*, 19 Cr. 324 (NSR) VOSR

Dear Judge Román:

    The Government writes on behalf of the parties to request an adjournment of the violation of supervised release conference scheduled for this Friday, January 31, 2025, at 10:00 A.M. A state case relating to the conduct alleged in this violation proceeding remains ongoing. (*See* October 24, 2024, Minute Entry). Accordingly, the parties submit that an adjournment would be appropriate.

    Based on the parties' communications with the Court's Courtroom Deputy, adjourning Friday's conference to April 30, 2025, at 10:00 A.M., would work for the parties, Probation, and the Court.

    We thank the Court for its time and consideration.

        Respectfully submitted,

        DANIELLE R. SASSOON
        United States Attorney for the
        Southern District of New York

        By:_____
        Reyhan Watson
        Assistant United States Attorney
        (914) 993-1965
        Reyhan.Watson@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2025

cc:   Benjamin Gold, Esq. (By ECF and Email)
      U.S. Probation Officer Asia Williams (By Email)