

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

September 9, 2025

**VIA ECF AND EMAIL**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

    Re:    *United States v. Phillip Hester*, No. 19 Cr. 324 (NSR)

Dear Judge Román:

    The Government respectfully writes on behalf of the parties to request that the status conference in this violation of supervised release proceeding currently scheduled for September 10, 2025, be rescheduled to September 26, 2025, at 4 p.m., which the parties understand is available for the Court. The defendant recently pleaded guilty in state court a charge brought in connection with the incident underlying Specifications 6 and 7 of the amended petition, and he is scheduled to be sentenced in state court on that charge on September 25. Accordingly, the parties respectfully request that the Court reschedule the status conference in this proceeding until after the defendant's state court case has concluded.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

    by: */s/ Justin L. Brooke*
        Justin L. Brooke
        Reyhan Watson
        Assistant United States Attorneys
        (914) 993-1918 / -1965

CC:    Benjamin Gold, Esq. (via ECF and email)
        Asia Williams, U.S. Probation Officer (via email)

---

**In light of Defendant's sentencing in the state court case, the parties' request to adjourn the VOSR Admission and Sentencing Conf. from Sept. 10, 2025 to Sept. 26, 2025 at 4:00 pm is GRANTED. Clerk of Court is requested to terminate the motion at ECF No. 77.**
**Dated: September 9, 2025**
        **White Plains, NY**

SO ORDERED:

/s/ Hon. Nelson S. Román
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/09/2025